Michael Marsene Walker

vs

State of Texas

40.078-02
12-9-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

✳

PRAYER-REQUEST

RE: I Want My Due, "JUSTICE" (Liberty)..., Pleasszе Abel Acosta, Clerk Ordered !!!

To The Honorable, Judge(s) of [State of Texas], Court of Criminal Appeals...,
Comes now Michael Marsene Walker defendant in Cause #K-1223751 and would respectfully request, All Of The Following, Herein Stated, be considered in regards to, My... 11.07 Writ, to wit has now been submitted to this (Court of Criminal Appeals) court. Here-Here!
"I ask", respectfully that Court "thouroughly", and "strictly"[Parfunctory], look into, My 11.07 (Writ), to wit, "My Prayer" is to get this, MESS of Case # K-1223751 , out of, Dallas (CDC#4) County, Over-Turned, thus that, "True Justice" (Totally Innocent) be rendered and, So Ordered by this, Court of Criminal Appeals [State of Texas]. Insoas much I'll Know beyound any doubt, this Court Stands behind, True Justice. Will this Court "Order Investigation" into inevitable (True) allegations of the, Injustice dealt Me from, Dallas County. Numberous, In Judicial Error!
Allow Me to say in conjunction to this [Cause # K-1223751 ] entire "Erroenous Case", I can't always, (To The Letter of Case Laws) "technically" as does, Lawyers or Prosecutors however, in the end I'm hopeful (Know) Justice as written into legislation is dealt exactly as supposed! In these United States, "True Justice", sometimes is completely, bias, racist and so, "WRONG" honestly, as well as legally.⊗ In regard to "My" files I've submitted My allegation (FACTs), to wit, are charges based. Knowing that the, "States" documents will contridict, to so allow, In-Justice to even further, so be (Constitutionally) dealt unto Me. I Do Still Have (All) My [Files] Documents, to support (FACTs) Proof of "Erroneous Justice."

⊗ Exspecially, Dallas, Tx./DallasCounty.

RESPECTFULLY-So !
✳ 4-JUSTICE ✳